UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN ANNE WARING,<br><br>        Plaintiff,<br><br>     v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>        Defendant. | No. EDCV 15-1782 JFW (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the record in this action, the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed. The Court concurs with and accepts the findings of fact, conclusions of law, and recommendations of the Magistrate Judge.

     IT IS ORDERED that Judgment be entered dismissing this action without prejudice.

DATED: June 22, 2017

                                                     JOHN F. WALTER<br>
                                                     United States District Judge